# Court of Appeals
# of the State of Georgia

ATLANTA, <u>May 27, 2015</u>

*The Court of Appeals hereby passes the following order:*

**A15E0032.  FORUM IRA, LLC v. HADDIS ABBERA.**

Upon consideration of Forum IRA, LLC's Motion for Extension of Time to File Application for Discretionary Appeal, said motion is hereby GRANTED. Forum IRA, LLC shall have until 4:30 p.m. on June 5, 2015 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*